| | |
|---|---|
| DATE   8/9/17 | CASE NUMBER   6:17cr5-1 |
| LOCATION   Beaumont | USA   Allen Hurst   Assigned |
| JUDGE   Ron Clark | VS   "   Appeared |
| DEPUTY CLERK   Faith Ann Laurents | |
| RPTR/ECRO   Tonya Jackson | **Brian Calhoun Stansbury** |
| USPO   Jason Barr | Defendant |
| INTERPRETER   | **Clay Thomas** |
| BEGIN   10:05am/10:20am | Attorney |

## SENTENCING

X Sentencing held   ☐ Evidentiary
X Court adopts presentence report      X Plea Agreement accepted
X UNSEAL    X Plea Agreement

| COUNT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 3 of the Indictment | 100 months* | --------- | -------------- | --------- | 5 Years ** | ------- | ------ | $100.00 |
| 4 of the Indictment | 60 months* | -------- | -------- | ------- | 5 years ** | ------ | ----- | $100.00 |

**\*This total term of 160 months consists of 100 months as to Count 3 and 60 months as to Count 4, to run CONSECUTIVE to each other.   This total term of 160 months shall ALSO run CONSECUTIVE to any sentence imposed in #114-0165-07, Smith County, Texas.**
**\*\*This total term of 5 years supervised release as to each of Counts 3 & 4, to run CONCURRENTLY.**

**SPECIAL CONDITIONS:**

X . . . . . .   Dft shall comply with **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.
X . . . . . .   Dft shall comply with **mandatory and special conditions** of release, as set forth in the Dft's Presentence Report.
X . . . . . .   Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.
X . . . . . .   Denial of all Federal benefits for a period of   5   year(s).
X . . . . .   Dft remanded to the USM.
☐ . . . . . .   Dft ordered to surrender by 2:00 pm on _____ to   ☐ designated institution   ☐ USM.
☐ . . . . . .   Bond continued.
X . . . . . .   Govt's ORAL Motion to Dismiss Count(s)   Remaining in all Indictments   .
X . . . . . .   ORAL Motion GRANTED.
☐ . . . . . .   Dft failed to appear      ☐ Order for arrest warrant      ☐ bond forfeited.
X . . . . . .   **Dft advised of right to appeal & court appointed counsel.**
X . . . . . .   Video Waiver filed
X . . . . . .   Minutes filed.

Adjourned:   10:10am/10:40am

Total Time:   25 mins